EDWARDS, trustee, *v.* WYSONG & MILES COMPANY *et al.*
</div>

LUMPKIN, J. Under the pleadings and evidence, the refusal to grant an interlocutory injunction was not error.

<div align="center">

*Judgment affirmed. All the Justices concur.*

MAY 13, 1913.
</div>

Petition for injunction. Before Judge Edwards. Haralson superior court. February 15, 1913.

*Lloyd Thomas, Walter Matthews,* and *James Beall,* for plaintiff. *H. J. McBride,* for defendants.